IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL FELDKAMP,** | ) |
| | ) |
| **Plaintiff,** | ) Case No.  2:24-cv-02220-JAR-TJJ |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNIVERSITY OF KANSAS** | ) |
| **HOSPITAL AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT UKHA'S MOTION FOR SUMMARY JUDGMENT
ON ALL CLAIMS ASSERTED BY PLAINTIFF**

Defendant the University of Kansas Hospital Authority ("UKHA") hereby moves for summary judgment in its favor on Plaintiff's claims of age discrimination brought under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621 *et seq.*, and wrongful termination brought under the Kansas Risk Management Act, K.S.A. §§ 65-4921 *et seq.* and 65-4928. Plaintiff's discrimination claim brought under the ADEA and wrongful termination claim brought under K.S.A. § 65-4928 fail as a matter of law and accordingly, UKHA is entitled to summary judgment in its favor. The bases for UKHA's motion, as fully explained in its Brief in Support, are the following:

1.  Plaintiff cannot demonstrate a *prima facie* case of discrimination under the ADEA because the record evidence establishes that he was not performing satisfactorily.

2.  UKHA terminated Plaintiff's employment for legitimate, nondiscriminatory, and nonretaliatory reasons, which Plaintiff cannot demonstrate are pretext for intentional discrimination.

3.  Plaintiff cannot show that he made a report in accordance with K.S.A. § 65-4923 because the record is devoid of evidence that Plaintiff reported UKHA for violating the applicable standard of care to the chief of the medical staff, chief administrative officer, or risk manager.

2

4.       Because Plaintiff cannot show he made a report pursuant to K.S.A. § 65-4923, Plaintiff cannot demonstrate that he was terminated or otherwise discriminated against for making such a report under K.S.A. § 65-4928.

5.       Even if *arguendo* Plaintiff made a report, Plaintiff cannot demonstrate that he was discharged or discriminated against for making such a report because UKHA terminated his employment for legitimate, nondiscriminatory, and nonretaliatory reasons.

For these reasons and those contained in UKHA's Brief in Support, UKHA respectfully requests that this Court grant summary judgment in its favor on all of Plaintiff's pending claims of age discrimination and wrongful termination under K.S.A. § 65-4928.

Respectfully submitted,

POLSINELLI PC

By: */s/ Eric E. Packel*
  ERIC E. PACKEL (#23070)
  MEGHAN H. HANSON (D. KAN. #78869)
  ELIZABETH E. BERG (D. KAN. #79145)
  900 W. 48th Place, Suite 900
  Kansas City, MO 64112
   (816) 753-1000
  Fax No: (816) 753-1536
  epackel@polsinelli.com
  mhanson@polsinelli.com
  eberg@polsinelli.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (___) United States Mail, postage prepaid; (_X_) ECF Notification System; and/or (___) E-mail this 24th day of April, 2025, to:

Albert F. Kuhl, Esq.
Law Office of Albert F. Kuhl
9393 W. 110th Street, Suite 500
Overland Park, KS  66210
913-638-8022
Fax:  913-369-7714
al@kcjoblawyer.com

ATTORNEYS FOR PLAINTIFF

    By: */s/ Eric E. Packel*

3

102948357.3