# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**MICHAEL FELDKAMP,**

      **Plaintiff,**

**v.**                                              Case No:  24-2220-JAR

**UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion for Summary Judgment on Counts I and III (Doc. 49) is **granted**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply (Doc. 60) is **granted** and Defendant's Motion to Strike Plaintiff's Sur-Reply (Doc. 63) is **denied**.

    **IT IS SO ORDERED.**

Dated: September 15, 2025

SKYLER B. O'HARA  
CLERK OF THE DISTRICT COURT

by:  *s/ Sarah Spegal*  
        Deputy Clerk